IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND MARTINEZ, #1587137, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 3:12-CV-1431-B-BK |
| | § | |
| RICK THALER, Director, TDCJ-CID, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **SUBSTITUTES** Director Rick Thaler as Respondent in this case.

SO ORDERED this 31st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE